**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-7524**

———————

ROBERT L. GROOMS, JR.,

Plaintiff - Appellant,

versus

UNITED STATES ATTORNEY; RON ANGELONE,
Director; TERRY GLENN, Coordinator,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Claude M. Hilton, Chief
District Judge. (CA-04-667-1-CMH)

———————

Submitted: November 18, 2004     Decided: December 1, 2004

———————

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert L. Grooms, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert L. Grooms, Jr., appeals the district court's order dismissing his civil complaint as frivolous pursuant to 28 U.S.C. § 1915A(b) (2000).  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Grooms v. U.S. Attorney, No. CA-04-667-1-CMH (E.D. Va. Aug. 25, 2004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED